

United States Department of State

Washington, D.C. 20520

April 20, 2011

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re: Saundra Flanagan, et al. v. The Islamic Republic of Iran, et al., et al.,
                       Case Number 1:10-CV-01643

Dear Ms.Caesar:

     In correspondence dated April 19, 2011 this office sent copies of documents and certified copies of the diplomatic notes that were used to transmit them the Islamic Republic of Iran, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Gaurd Corps, Qods Division and the Iranian Ministry of Information and Security in the lawsuit referenced above.  That letter inadvertently referenced another lawsuit, Rizwan Khaliq, et al., v. The Islamic Republic of Iran, et al., Case Number 1:10-CV-00356. Despite this error, the documents served and the diplomatic notes all referenced the Flanagan litigation.  I hope that this error does not cause any difficulties.

     Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                 Sincerely,

                 William P. Fritzlen
                 Attorney Adviser
    Office of Policy Review and Interagency Liaison

RECEIVED

APR 21 2011

Clerk, U.S. District and
Bankruptcy Courts

Received
Mail Room

APR - - 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Cc:   Joshua M. Ambush
      The Law Offices of Joshua M. Ambush, LLC
      1726 Reisterstown Road, Suite 206
      Baltimore, MD 21208