

United States Department of State

Washington, D.C. 20520

April 19, 2011

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

          **Re: Rizwan Khaliq, et al., v. The Islamic Republic of Iran, et al.,**
                                      **Case Number 1:10-CV-00356**

Dear Ms. Caesar:

     I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran, the Iranian Ministry of Information and Security, the Iranian Revolutionary Guard Corps and the Iranian Revolutionary Guard Corps, Qods Division, as defendants in the above mentioned lawsuit.

     Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1019-IE, 1020-IE, 1021-IE and 1022-IE, each dated and delivered on February 15, 2010. Copies of the documents and certified copies of the diplomatic notes used to transmit them are enclosed.

     Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

                                       Sincerely,

                                       William P. Fritzlen
                                       Attorney Adviser
          Office of Policy Review and Interagency Liaison

Received
Mail Room
APR 2 0 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Enclosures As Stated

Cc:   Joshua M. Ambush
      The Law Offices of Joshua M. Ambush, LLC
      1726 Reisterstown Road, Suite 206
      Baltimore, MD 21208

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland         )
Bern, Canton of Bern                 ) SS:
Embassy of the United States of America )


I, Edward P. Birsner, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 20048 dated February 2, 2011, which was transmitted to the Swiss Ministry of Foreign Affairs on February 2, 2011 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.


_____
(Signature of Consular Officer)


_____Edward P. BIRSNER_____
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


_____April 7, 2011_____
(Date)

*Embassy of the United States of America*

February 1, 2011

CONS NO.   20048

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundeshaus Nord
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the
Foreign Sovereign Immunities Act (FSIA) - Saundra Flanagan,
et al. v. The Islamic Republic of Iran, et al., Case No.
1:10-CV-01643

REF:        ----

The Department of State has requested the delivery of the
enclosed summonses, complaints and notices of suit to the
Ministry of Foreign Affairs of the Islamic Republic of Iran
pursuant to the Foreign Sovereign Immunities Act in the
matter of Saundra Flanagan, et al. v. The Islamic Republic of
Iran, et al., Case No. 1:10-CV-01643.

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
Islamic Republic of Iran, the Iranian Revolutionary Guard
Corps, the Iranian Revolutionary Guard Corps, Qods Division
and the Iranian Ministry of Information and Security are
defendants in this case.  The American Interests Section
should transmit the summonses, complaints and notices of
suit to the Iranian Ministry of Foreign Affairs under cover
of four diplomatic notes utilizing the language provided in
the enclosed instructions.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute certifications of the diplomatic notes, which
will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed are the appropriate parts of a message the Embassy received from the Department of State as well as four sets of documents for the Islamic Republic of Iran, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps, Qods Division and the Iranian Ministry of Information and Security.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Canton of Bern                          ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.



_____
(Signature of Consular Officer)


_____Edward P. BIRSNER_____
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


         April 7, 2011
            (Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

28381

**Federal Department of Foreign Affairs FDFA**

K 252 22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons note No. 20048 dated February 1, 2011 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

- Judicial Assistance: Lawsuit Saundra Flanagan, et al. v. the Islamic Republic of Iran et al., Case No. 1:10-CV-01643.
- Note No. 1019-IE addressed to The Iranian Revolutionary Guard Corps and Note 1020-IE addressed to The Iranian Revolutionary Guard Corps Qods Division and Note 1021-IE addressed to The Iranian Ministry of Information and Security and Note 1022-IE addressed to The Islamic Republic of Iran, dated February 15, 2011 and proof of service, dated February 15, 2011, as well as the certification by the Swiss Federal Chancellery dated March 15, 2011.

The section has received the above mentioned documents on February 07, 2011. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic notes on February 15, 2011. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, March 23, 2011

<u>Enclosure mentioned</u>

To the
Embassy of the
United States of America

Berne



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland         )
Bern, Canton of Bern                 ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Ruth EGGER
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


Edward P. BIRSNER
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


April 7, 2011
(Date)

...ische Eidgenossenschaft
...ération suisse
...ederazione Svizzera
...nfederaziun svizra

**Embassy of Switzerland in Iran**

No. 1019-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan, et al., v. The Islamic Republic of Iran, et al, Case No. 1:10-CV-01643 which is pending in the U.S. Federal District Court for District of Columbia. The Iranian Revolutionary Guard Corps is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 15, 2011 (Bahman 26, 1389)

**Ministry of Foreign Affairs of the Islamic Republic of Iran**

**Tehran**



I, Manuela Mäder, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1019 -IE dated February 15, 2011 and delivered to the Iranian Ministry of Foreign Affairs on February 15, 2011.

Manuela Mäder
Deputy Head of Foreign Interests Section

Tehran – February 15, 2011



**APOSTILLE**
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     Manuela Mäder

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne             6.    the 15 March 2011

7. by Ruth Egger
   functionary of the Swiss federal Chancellery

8. No ...... 004717

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

                                       Ruth Egger

SPECIFIC AUTHENTICATION CERTIFICATE

nfederation of Switzerland            )
rn, Canton of Bern                    ) SS:
bassy of the United States of America )


ertify that the annexed document is executed by the
uine signature and seal of the following named official
, in an official capacity, is empowered by the laws of
tzerland to execute that document.

ertify under penalty of perjury under the laws of the
ted States that the foregoing is true and correct.


Ruth EGGER
(ped name of Official who executed the annexed document)


(Signature of Consular Officer)


Edward P. BIRSNER
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


April 7, 2011
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**

No. 1020-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan, et al., v. The Islamic Republic of Iran, et al, Case No. 1:10-CV-01643 which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Revolutionary Guard Corps Qods Division, is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 15, 2011 (Bahman 26, 1389)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran**

**Tehran**



I, Manuela Mäder, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1020 -IE dated February 15, 2011 and delivered to the Iranian Ministry of Foreign Affairs on February 15, 2011.

Manuela Mäder
Deputy Head of Foreign Interests Section



Tehran – February 15, 2011



| APOSTILLE |
| --- |
| (Convention de la Haye du 5 octobre 1961) |

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Manuela Mäder

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   **Certified**

5. at Berne            6.    the 15 March 2011

7. by Ruth Egger
   functionary of the Swiss federal Chancellery

8. No  004718

9. Seal/stamp:                 10. Signature:

   Swiss federal Chancellery

   Ruth Egger

SPECIFIC AUTHENTICATION CERTIFICATE

[Con]federation of Switzerland              )
[Ber]n, Canton of Bern                      ) SS:
[Emb]assy of the United States of America   )

[I c]ertify that the annexed document is executed by the
[genu]ine signature and seal of the following named official
[who,] in an official capacity, is empowered by the laws of
[Swit]zerland to execute that document.

[I c]ertify under penalty of perjury under the laws of the
[Unit]ed States that the foregoing is true and correct.

_____Ruth EGGER_____
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


_____Edward P. BIRSNER_____
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


April 7, 2011
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**

No. 1021-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan, et al., v. The Islamic Republic of Iran, et al, Case No. 1:10-CV-01643 which is pending in the U.S. Federal District Court for the District of Columbia. The Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 15, 2011 (Bahman 26, 1389)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran**

**Tehran**



I, Manuela Mäder, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1021-IE dated February 15, 2011 and delivered to the Iranian Ministry of Foreign Affairs on February 15, 2011.



Manuela Mäder
Deputy Head of Foreign Interests Section

Tehran – February 15, 2011



### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Manuela Mäder

3. *acting in the capacity of officers*

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne          6.    the 15 March 2011

7. by Ruth Egger
   functionary of the Swiss federal Chancellery

8. No ..  004719

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

                                    Ruth Egger

SPECIFIC AUTHENTICATION CERTIFICATE

| | |
|---|---|
| [F]ederation of Switzerland | ) |
| [  ], Canton of Bern | ) SS: |
| [Emba]ssy of the United States of America | ) |

[I cer]tify that the annexed document is executed by the
[genu]ine signature and seal of the following named official
[who,] in an official capacity, is empowered by the laws of
[Switz]erland to execute that document.

[I cer]tify under penalty of perjury under the laws of the
[Unite]d States that the foregoing is true and correct.


Ruth EGGER
(Typed name of Official who executed the annexed document)


*(signature)*
(Signature of Consular Officer)


Edward P. BIRSNER
(Typed name of Consular Officer)


Consul General of the United States of America
(Title of Consular Officer)


April 7, 2011
(Date)

arische Eidgenossenschaft
jération suisse
ederazione Svizzera
nfederaziun svizra

**Embassy of Switzerland in Iran**

No. 1022-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan, et al., v. The Islamic Republic of Iran, et al, Case No. 1:10-CV-01643 which is pending in the U.S. Federal District Court for the District Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608 (a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the complaint, the Foreign Interests Section is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1 – Summons, Complaint, Notice of Suit
2 – Translations

Tehran – February 15, 2011 (Bahman 26, 1389)

**Ministry of Foreign Affairs of the
Islamic Republic of Iran**

**Tehran**



I, Manuela Mäder, Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the diplomatic note number 1022 -IE dated February 15, 2011 and delivered to the Iranian Ministry of Foreign Affairs on February 15, 2011.



Manuela Mäder
Deputy Head of Foreign Interests Section

Tehran – February 15, 2011

### APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    Manuela Mäder

3. acting in the capacity of officers

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne              6.   the 15 March 2011

7. by Ruth Egger
   functionary of the Swiss federal Chancellery

8. No C04720

9. Seal/stamp:                10. Signature:

   Swiss federal Chancellery

   Ruth Egger

