IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAUNDRA FLANAGAN, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. 1:10-cv-01643-JEB |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * |
| Defendants. | * |

**PLAINTIFFS' STATUS REPORT ON SERVICE OF PROCESS**

Pursuant to the Court's January 27, 2011 Minute Order, plaintiffs, Saundra Flanagan, James Rux, Thomas Rux, Timothy Rux, and Matthew Rux ("Plaintiffs"), by and through undersigned counsel, hereby submit the following Plaintiffs' Status Report on Service of Process and state as follows:

1. This case arises under Section 1605A of the Foreign Sovereign Immunities Act ("FSIA") for the defendants' material support of terrorism related to the 2000 bombing of the U.S.S. Cole. (*See* Complaint, ECF # 3 at p.3-4, ¶¶ 130,133; ECF 3-1 at 2.). The defendants in this case are either the foreign state itself (The Islamic Republic of Iran, The Syrian Arab Republic, or The Republic of the Sudan), or entities that perform military, intelligence, or security functions for these foreign states. (*See* Complaint, ECF # 3 at ¶¶ 9-15.)[1]

---

[1] Under Federal Rule of Civil Procedure 4(j)(1), these defendants, who are considered the "foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608," the FSIA's provision on service of process. Under Federal Rule of Civil Procedure 4(m), there is no time limit for effecting service of process on these defendants. Fed. R. Civ. P. 4(m) (stipulating that 120-day time limit for service of process "does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)").

2. On January 30, 2011, service was effected on the Sudanese defendants under 28 U.S.C. § 1608(a)(3). (*See* ECF # 15 Return of Service for Sudanese Defendants).

3. On February 15, 2011, diplomatic service under 28 U.S.C. § 1608(a)(4) was effected on the Iranian defendants. (*See* ECF # 16 Return of Service for Iranian Defendants).

4. Service was unable to be effected on the Syrian defendants under 28 U.S.C. § 1608(a)(3). However Plaintiffs are now preparing documents for diplomatic service under 28 U.S.C. § 1608(a)(4). Plaintiffs expect to submit these documents to the Clerk of Court within the next few weeks.

WHEREFORE Plaintiffs respectfully request that the Court accept this Plaintiffs' Status Report on Service of Process.

Dated: April 22, 2011                    Respectfully submitted,

                                         /s/ Joshua M. Ambush
                                         Joshua M. Ambush (Bar No. MD 27025)
                                         Law Offices of Joshua M. Ambush, LLC
                                         Hilton Plaza
                                         1726 Reisterstown Road
                                         Suite 206
                                         Baltimore, Maryland 21208
                                         410-484-2070
                                         410-484-9330 (facsimile)
                                         joshua@ambushlaw.com