IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:10-cv-01643-RC |
| THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' AFFIDAVIT AND REQUEST FOR ENTRY OF DEFAULT AGAINST IRANIAN AND SUDANESE STATE DEFENDANTS AND FOR SCHEDULING CONFERENCE**

Plaintiffs, Saundra Flanagan, James Rux, Thomas Rux, Timothy Rux and Matthew Rux ("Plaintiffs"), by counsel, pursuant to Fed. R. Civ. P. 55(a) and 28 U.S.C. § 1608, respectfully requests for the entry of default by the Clerk against the following named defendants: The Islamic Republic of Iran; Iranian Ministry of Intelligence and Security; Iranian Islamic Revolutionary Guard Corps; Iranian Islamic Revolutionary Guard Corps-Qods Division (collectively "Iran") The Republic of the Sudan; Sudanese Ministry of the Interior; Sudanese Ministry of Defense; Security of the Revolution; Sudanese Military Intelligence; Sudanese State Security; Popular Defense Force; Revolutionary Security Services (collectively "Sudan").

1.  As fully detailed in undersigned counsel's attached affidavit, service was completed upon Sudan on January 30, 2011 and upon Iran on February 15, 2011 (*See* ECF # 15 at 1; ECF # 16-1 at 7). Section 1608(d) of the Foreign Sovereign Immunities Act (28 U.S.C. §1608(d)) requires the defendants to have served a reply to the complaint within sixty (60) days

of service. To date, Iran and Sudan have failed to plead or otherwise defend at any time after they were served with process in the above-captioned case.

      2.      As 28 U.S.C. § 1608(e) requires Plaintiffs to "establish[ ] his claim or right to relief by evidence satisfactory to the court," before a default judgment may be entered against a foreign sovereign, Plaintiffs also respectfully request a scheduling conference with the Court so that a schedule for *ex parte* briefing and required evidentiary hearing may be set.

                                                       Respectfully submitted,

                                                       /s/ Joshua M. Ambush
                                                  Joshua M. Ambush
                                                  Bar No. MD 27025
                                                  Law Offices of Joshua M. Ambush, LLC
                                                  Hilton Plaza
                                                  1726 Reisterstown Road, Suite 206
                                                  Baltimore, Maryland 21208
                                                  Phone: (410) 484-2070
                                                  Facsimile: (410) 484-9330
                                                  joshua@ambushlaw.com

                                                  Attorney for Plaintiffs.

Dated: October 19, 2012