IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:10-cv-01643-RC |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**************************************************************

**AFFIDAVIT OF JOSHUA M. AMBUSH ESQUIRE
IN SUPPORT OF REQUEST FOR DEFAULT
FOR IRANIAN AND SUDANESE STATE DEFENDANTS**

**JOSHUA M. AMBUSH, ESQUIRE** being first duly sworn, deposes and says:

1.   I am the attorney of record for the plaintiffs in this matter. All of the matters stated in this affidavit are true and within my personal knowledge.

2.   Plaintiff, Saundra Flanagan ("Mrs. Flanagan"), is the mother of the late Electronic Technician First Class Kevin Shawn Rux ("Kevin"), an American sailor who was stationed aboard the naval ship, the U.S.S. Cole, and killed in the 2000 terrorist bombing of that vessel. Mrs. Flanagan, along with Kevin's brothers, plaintiffs Matthew Rux, James Rux, Thomas Rux, and Timothy Rux, have brought intentional infliction of emotional distress and solatium claims under Section 1605A of the Foreign Sovereign Immunities Act ("FSIA") against certain foreign sovereign defendants for their material support of the U.S.S. Cole bombing. They seek compensatory and punitive damages and attorneys' fees.

3.   All of the defendants in this case are foreign sovereigns or political entities thereof. Consequently, service in this case must be accomplished under one of the four methods enumerated in 28 U.S.C. § 1608(a)(4), attempting each one in the order that it is listed in the statute.

1

4.      As detailed more fully below, service of process has been accomplished against The Republic of the Sudan; Sudanese Ministry of the Interior; Sudanese Ministry of Defense; the Security of the Revolution; Sudanese Military Intelligence; Sudanese State Security; the Popular Defense Force; and the Revolutionary Security Services (collectively "Sudan"). Service of process has also been accomplished against the Islamic Republic of Iran; the Iranian Ministry of Intelligence and Security; the Iranian Islamic Revolutionary Guard Corps; and the Iranian Islamic Revolutionary Guard Corps-Qods Division (collectively "Iran").

5.      Service under 28 U.S.C. § 1608(a)(1) and (a)(2) was not possible in this case because no special arrangement exists between the plaintiffs and either the Islamic Republic of Iran or the Republic of the Sudan and because the United States has no treaty relations with either the Islamic Republic of Iran or the Republic of the Sudan that provide for service of process in civil matters.

6.      The plaintiffs first attempted to serve Sudan in line with 28 U.S.C. § 1608(a)(3), which requires that the Clerk of Court dispatch the summons, complaint, and notice of suit to the foreign sovereign's ministry of foreign affairs by any form of mail requiring a signed receipt. On January 20, 2011 the plaintiffs requested that the Clerk of Court dispatch the summons, complaint, and notice of suit to the Ministry of Foreign Affairs of the Republic of the Sudan via DHL. (*See* ECF # 10.) Although the documents normally must be translated, that was not necessary here because one of the official languages of Sudan is English. *See* SUDAN CONST. 2005 at Art. VIII(1). On January 30, 2011, service was accomplished against Sudan; the attached true and correct copies of the DHL report and signature sheets indicates the documents were delivered to the Ministry of Foreign Affairs in Khartoum and signed for by "SAFA." (*See* Ex. 1, DHL Track Results Summary and Ex. 2 DHL signature sheets *previously submitted and docketed at* ECF ##15-1 and 15-2.)

7.      In line with the procedure suggested by this Court's *Attorney Manual for Service of Process on a Foreign Defendant*, plaintiffs did not attempt to serve Iran using the procedures employed in

2

28 U.S.C. § 1608(a)(3). Rather, because attempts at service by mail or courier on the Islamic Republic of Iran are frequently futile, on January 19, 2011, the plaintiffs requested that the Clerk of Court proceed directly to diplomatic service under 28 U.S.C. § 1608(a)(4). (*See* U.S. District Court of the District of Columbia, Attorney Manual for Service of Process on a Foreign Defendant (April 2009) at 4 (permitting service upon Iran "directly through diplomatic channels [28 U.S.C. § 1608(a)(4)] without attempting service under any other provisions first"); *see also* ECF # 7.) Plaintiffs' request was granted that same day. (*See* ECF # 8.) The U.S. Department of State, through the Swiss Legation, effected service on or about February 10, 2011 (*See generally* ECF # # 16; 16-1.) True and correct copies of correspondence from the U.S. Department of State and the diplomatic notes attesting to service are on file with this Court and docketed at ECF numbers 16 and 16-1.

8. Although required by 28 U.S.C. § 1608(d) to respond to the Complaint within 60 days of service, to date, neither Sudan nor Iran has filed any responsive pleading, or otherwise appeared in this case. The time for Iran and Sudan to answer or otherwise plead, respond, or defend this action has not been extended. Accordingly, under Federal Rule of Civil Procedure 55, default should be entered against Iran and Sudan after the appropriate hearing.

I solemnly declare under penalty of perjury that the forgoing information is true and correct.

>  /s/ Joshua M. Ambush
> Joshua M. Ambush
> Bar No. MD 27025
> Law Offices of Joshua M. Ambush, LLC
> Hilton Plaza
> 1726 Reisterstown Road, Suite 206
> Baltimore, Maryland 21208
> Phone: (410) 484-2070
> Facsimile: (410) 484-9330
> joshua@ambushlaw.com
>
> Attorney for Plaintiffs.

Dated: October 19, 2012

Case 1:10-cv-01643-RC   Document 24-1   Filed 10/19/12   Page 4 of 6
DHL: Track (By number) Results
Case 1:10-cv-01643-CKK   Document 15-1   Filed 03/10/11   Page 1 of 1   Page 1 of 1

Contact Us | Sitemap



| | Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global    [ Search ]



**Welcome back, The Law Offices of Joshua M. Ambush**

▸ View DHL.com profile
▸ View Online Billing account

▸ Logout

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Track results summary

Tracking results available for the following tracking numbers. To view a complete shipment report, including status updates, shipper and receiver, and shipment detail, select a tracking number below.

### Tracking results summary...   ▸ Help

| Tracking number | Status | Ship Date | Origin | Destination | Receiver's name |
|---|---|---|---|---|---|
| 8059014585 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059013045 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059010923 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059006546 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059004030 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059001462 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8058998113 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |
| 8059021460 | ✓ Shipment delivered. Signed by SAFA 1/30/2011 11:28 am | 1/24/2011 | WASHINGTON, MD | KHARTOUM, SUDAN | |

Tracking detail provided by DHL: 3/9/2011, 12:53:08 pm pt.     Track new shipment ▶

### Questions?
We're here to help!
▸ Contact DHL

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © Deutsche Post AG, 2011. All Rights Reserved.



EXHIBIT 4

To: Page 1 of 2  Case 1:10-cv-01643-RC  Document 24-1  Filed 10/19/12  Page 5 of 6  2011-02-22 13:32:14 MST  19284371067  From: DHL Customer Service 4

Case 1:10-cv-01643-CKK  Document 15-2  Filed 03/10/11  Page 1 of 2

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 14104849330 |
| FROM | DHL Customer Service 4 |
| DATE | 2011-02-22 13:31:56 MST |
| RE | |

## COVER MESSAGE

Michelle Burrill
Customer Care Research Specialist

DHL Express
1144 W Washington St
Tempe AZ, 85281

Phone: 877-297-6031 x4019
Fax: 928-833-8572

michelle.burrill@dhl.com<mailto:michelle.burrill@dhl.com>



WWW.EFAX.COM

