Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SAUNDRA FLANAGAN

　　　　　　Plaintiff(s)

v.

Civil Action: 1:10-cv-01643-RC

ISLAMIC REPUBLIC OF IRAN

　　　　　　Defendant(s)

**RE:** The Republic of the Sudan; Sudanese Ministry of the Interior; Sudanese Ministry of Defense; Security of the Revolution; Sudanese Military Intelligence; Sudanese State Security; Popular Defense Force; Revolutionary Security Services (collectively "Sudan").

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 01/30/2012, and an affidavit on behalf of the plaintiff having been filed, it is this 31st day of October, 2012 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ DJ Reidy
Deputy Clerk