UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 10-cv-1643 (RC) |
| | : | | |
| v. | : | Re Document No.: | 29 |
| | : | | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### REFERRING CASE TO MAGISTRATE JUDGE FOR HEARING AND REPORT AND RECOMMENDATION

The above-captioned case is hereby referred to United States Magistrate Judge John M. Facciola for the purpose of resolving plaintiff's motion for default judgment, pursuant to Local Civil Rule 72.3. Magistrate Judge Facciola will submit a report and a recommendation for the disposition of this motion.

**SO ORDERED**.


Dated:  November 1, 2013                                         RUDOLPH CONTRERAS
                                                                 United States District Judge