**From:** Andrew_Christy@dcd.uscourts.gov [mailto:Andrew_Christy@dcd.uscourts.gov]
**Sent:** Wednesday, December 04, 2013 8:34 AM
**To:** Jennifer Kent
**Cc:** Joshua M Ambush, Esq.
**Subject:** RE: Evidentiary hearing in Flanagan v. Islamic Republic of Iran 10-1643

Except for April 28, all of the dates in that timeframe are acceptable. Are you suggesting that it would be two days only *if* you do live testimony? How long would you estimate if you do not? Furthermore, when you say "if that is required," I assume you are referring to whether Judge Facciola will require it? Perhaps it would be best if you do a brief motion explaining to what the experts will testify (or anyone else whom you wish to not have to appear in person) and request leave to proceed in that manner.

In the meantime, unless you desire otherwise, we will go ahead and set the hearing for April 29-30.

Thank you,

Andrew

**From:** Andrew_Christy@dcd.uscourts.gov [mailto:Andrew_Christy@dcd.uscourts.gov]
**Sent:** Friday, November 08, 2013 10:02 AM
**To:** Jennifer Kent
**Cc:** Joshua M Ambush, Esq.
**Subject:** RE: Evidentiary hearing in Flanagan v. Islamic Republic of Iran 10-1643

Jennifer,

He does not have such a standing order. When you are ready, just let me know the details of what you're planning on doing, and I'll run it by the Judge to see if it is acceptable. Generally, we are pretty flexible (especially since this is, essentially, an ex parte hearing).

I'll wait to hear from you on dates. However, I would appreciate it if you could ballpark for me which month you are thinking about.

Thanks,

Andrew

| | |
|---|---|
| From: | Jennifer Kent <jkent@ambushlaw.com> |
| To: | "Andrew_Christy@dcd.uscourts.gov" <Andrew_Christy@dcd.uscourts.gov> |
| Cc: | "Joshua M Ambush, Esq." <jambush@ambushlaw.com> |
| Date: | 11/08/2013 09:13 AM |
| Subject: | RE: Evidentiary hearing in Flanagan v. Islamic Republic of Iran 10-1643 |

Dear Mr. Christy:

Mr. Ambush has asked me to reply to your e-mail below. We are working on potential dates with witnesses and will get back to you as soon as possible. Additionally, are you able to advise as to whether Judge Facciola has any standing orders on whether expert witness testimony can be presented during an evidentiary hearing via *de bene esse* videotaped deposition testimony or via affidavit? I did not see any such orders on his portal in the district court's website, nor did I see a local rule on point, but I want to make sure that I did not miss anything.

Thank you for your time. I look forward to hearing from you.

Best regards,

**Jennifer L. Kent, Esquire**

*The Law Offices of Joshua M. Ambush, LLC*

*Hilton Pikesville Plaza*

*1726 Reisterstown Road, Suite 206*

*Baltimore, Maryland 21208*

*Phone: (410) 484-2070*

*Fax: (410) 484-9330*

[jkent@ambushlaw.com](mailto:jkent@ambushlaw.com)

--
This is an e-mail transmission from The Law Offices of Joshua M. Ambush that may contain confidential and/or privileged information, attorney work product, or content exempt from disclosure under applicable law.  If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-484-2070.  Additionally, please delete the electronic message and destroy any copies of the message.  Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient  may be prohibited.  Thank you.

-------- Original message --------
From: Andrew_Christy@dcd.uscourts.gov
Date: 11/06/2013 9:27 AM (GMT-05:00)
To: "Joshua M Ambush, Esq." <jambush@ambushlaw.com>
Subject: Evidentiary hearing in Flanagan v. Islamic Republic of Iran 10-1643

Counselor,

I am Judge Facciola's law clerk, and I am writing to schedule the evidentiary hearing in this case. How many days do you think you will need to put on your evidence? And when, roughly, were you thinking of having this hearing? Please let me know this information and I will get back to you with the Court's availability.

Thank you,

Andrew Christy

**EXHIBIT 1**