IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA FLANAGAN, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 1:10-cv-01643-RC-JMF |
| ISLAMIC REPUBLIC OF IRAN, et al., | * | |
| Defendants. | * | |

**ORDER**

Upon consideration of the Motion for Admission, *Pro Hac Vice*, of Jennifer L. Kent and the Declaration of Jennifer L. Kent, in support thereof, it is hereby:

**ORDERED** that Jennifer L. Kent is admitted *pro hac vice* to represent plaintiffs in the above-captioned matter.

**SO ORDERED** on this _____ day of _____, 2014.

_____
The Honorable John M. Facciola
United States Magistrate