AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ the District of Columbia

Saundra Flanagan, et al.

V.

The Islamic Republic of Iran, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 10-cv-01643-RC-JMF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John M. Facciola | Joshua M. Ambush, Esq. | |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/12/2014 | William Zaremba | Lynn Coln |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | 8/12/14 | 23 Patterns of Global Terrorism 1996 |
| 24 | | | | | 24 Patterns of Global Terrorism 2001 |
| 25 | | | | | 25. Patterns of Global Terrorism 2002 |
| 26 | | | | | 26. Autopsy Report of Kevin S Rux |
| 27 | | | | | 27 Excerpt, Testimony of Jamal al Fadl, USA v. Bin Laden, case no. 98-cr-1023 (Feb. 6, 2001) |
| 28 | | | | | 28 Charges and Specifications, Summary of Evidence for Combatant Status Review Tribunal – Bin |
| 29 | | | | | 29 Charges and Specifications for Abd Rahim Hussayn Muhammad al Nashiri |
| 30 | | | | | 30 Touhy Letter July 14, 2014 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __2__ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

for the _____  DISTRICT OF _____ District of Columbia _____

Saundra Flanagan, et al.

V.

The Islamic Republc of Iran, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 10-cv-01643-RC-JMF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John M. Facciola | Joshua M. Ambush, Esq. | |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/12/2014 | William Zaremba | Lynn Coln |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 8/12/14 | 1. Affidavit of Lorenzo Vidino, PhD with Exhibits |
| 2 | | | | | 2. Affidavit of Patrick L. Clawson, PhD |
| 3 | | | | | 3. Affidavit of Daniel Byman |
| 4 | | | | | 4. Affidavit of Dr Larry H Pastor, MD, FAPA, DABAM |
| 5 | | 8/12/14 | | | 5. CRS Report Terrorist Attack on USS Cole  WITNESS: Dale Watson |
| 6 | | | | | 6. Transcript, Senate Hearing 105-223 (May 15, 1997) |
| 7 | | | | | 7. Profile: Sudan's President Bashir, BBC NEWS (Nov. 25, 2003) |
| 8 | | | | | 8. Military Coup in Sudan Ousts Civilian Regime, NEW YORK TIMES (Jul. 1, 1989) |
| 9 | | 8/12/14 | | | 9. Excerpt, The 9/11 Commission Report  WITNESS: Dale Watson |
| 10 | | | | | 10. Report, Central Intelligence Agency, al Qa'ida in Sudan 1992-96 Old School Ties Lead Down a |
| 11 | | | | | 11. Patterns of Global Terrorism 1997 |
| 12 | | | | | 12. Patterns of Global Terrorism, 1998 |
| 13 | | | | | 13. Patterns of Global Terrorism, 1995 |
| 14 | | | | | 14. Patterns of Global Terrorism, 1999 |
| 15 | | 8/12/14 | | | 15. Patterns of Global Terrorism, 2000  WITNESS: Dale Watson |
| 16 | | | | | 16. Report, Central Intelligence Agency, Terrorism: Establishment of a Tripartite Agreement Among |
| 17 | | 8/12/14 | | | 17. Canadian Security Intelligence Services Statement Summarizing the Information Related to Mo[  WIT: Dale Watson] |
| 18 | | | | | 18. Patterns of Global Terrorism 1993 |
| 19 | | | | | 19. Guilty Plea, Ali Muhamed (2000) |
| 20 | | | | | 20. 2009 U.S. Treasury Designation |
| 21 | | | | | 21. Patterns of Global Terrorism 1994 |
| 22 | | | | | 22. Patterns of Global Terrorism 1992 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __1__ Pages