IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:10-cv-01643-RC-JMF |
| | * | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**MOTION INCLUDING STATEMENT OF POINTS AND AUTHORITIES FOR EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACT/CONCLUSIONS OF LAW**

Plaintiffs, Saundra Flanagan, James Rux, Matthew Rux, Thomas Rux, and Timothy Rux, by and through undersigned counsel, hereby submit this Motion for Extension of Time Pursuant to Federal Rule of Civil Procedure 6 and LCvR 7(a) and state in support as follows:

1. During the evidentiary hearing on this matter, the Court requested that Plaintiffs submit Proposed Findings of Fact/Conclusions of Law within 30 days of the docketing of the official transcript. (*See* ECF # 40 at 142:11-12.) However, the Court advised plaintiffs to inform the Court if they needed more time.

2. Due to circumstances beyond plaintiffs' control, the transcript was not prepared/docketed until November 7, 2014. Moreover, Plaintiffs' counsel did not receive an official copy of the transcripts until November 13, 2014. The Proposed Findings of Fact/Conclusions of Law are due on or about December 8, 2014. As plaintiffs' counsel has communicated to chambers' staff, with the holidays, plaintiffs would like an extension of time to submit the Proposed Findings of Fact/Conclusions of Law until January 16, 2015.

3. Federal Rule of Civil Procedure 6(b)(1)(A) governs enlargement of time, and states "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time

or its extension expires[.]" Fed. R. Civ. Pro. 6(b)(1)(A). At least one circuit court has observed that in the federal courts, when a motion to enlarge time is made before the deadline expires, "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-1260 (9th Cir. 2010) (collecting cases). When the record reflects that "counsel acted conscientiously throughout the litigation," and there is an absence of prejudice to the opposing party in extending a deadline, granting a motion for enlargement of time is warranted. *Id.* at 1260; *see also* 4B FED. PRAC. & PROC. CIV. § 1165, Enlargement of Time—In General (3d ed.) ("An application for the enlargement of time under Rule 6(b)(1) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.")

4. Here, the Court expressly indicated it would permit plaintiffs to have more time if necessary. (*See* ECF # 40 at 142:11-12.) Moreover, plaintiffs have acted conscientiously throughout the litigation. They have complied with all deadlines. Indeed, this is the first motion for enlargement of time they have filed in this matter. As no defendant has appeared, no party will be prejudiced if the deadline is extended. Finally, since Judge Facciola is retiring a few weeks after the December 8 deadline, permitting plaintiffs to submit their proposed Findings of Fact/Conclusions of Law after his retirement will streamline any reassignment of this case. Thus, an enlargement of time is warranted.

**WHEREFORE** plaintiffs respectfully request that the Court grant this motion and extend the deadline to submit the Proposed Findings of Fact/Conclusions of Law to January 16, 2015. A proposed order is attached.

Respectfully submitted,

___/s/ *Joshua M. Ambush*_____
Joshua M. Ambush
Bar No. MD 27025
Law Offices of Joshua M. Ambush, LLC

1726 Reisterstown Road, Suite 206
                                            Baltimore, Maryland 21208
                                            Phone: (410) 484-2070
                                            Facsimile: (410) 484-9330
                                            joshua@ambushlaw.com

Dated: December 5, 2014                     Attorney for Plaintiffs.