UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAUNDRA FLANAGAN, et al., :
:
    Plaintiffs, : Civil Action No.:    10-1643 (RC)
:
v. : Re Document No.:    29
:
ISLAMIC REPUBLIC OF IRAN, et al., :
:
    Defendants. :

## AMENDED JUDGMENT

It is hereby **ORDERED** and **ADJUDGED** that plaintiffs recover compensatory and punitive damages from defendants Islamic Republic of Iran; the Iranian Ministry of Intelligence and Security; the Iranian Islamic Revolutionary Guard Corps; the Iranian Islamic Revolutionary Guard Corps-Qods Division; the Republic of the Sudan; Sudanese Ministry of the Interior; Sudanese Ministry of Defense; the Security of the Revolution; Sudanese Military Intelligence; Sudanese State Security; the Sudanese Popular Defense Force; the Revolutionary Security Services, jointly and severally, in the following amounts, along with any post-judgment interest at the statutory rate, 28 U.S.C. § 1961(a).

| Plaintiffs | Compensatory Damages | Punitive Damages |
| --- | --- | --- |
| Plaintiff A | $6,250,000 | $18,750,000 |
| Plaintiff B | $3,125,000 | $9,375,000 |
| Plaintiff C | $3,125,000 | $9,375,000 |
| Plaintiff D | $3,125,000 | $9,375,000 |
| Plaintiff E | $3,125,000 | $9,375,000 |
| TOTAL | $18,750,000 | $56,250,000 |

SO ORDERED.                        Angela D. Caesar, Clerk

Dated: 4/2/15

                                              Deputy Clerk