fedex.com 1.800.GoFedEx 1.800.463.3339

**FedEx Express US Airbill**

FedEx Tracking Number 8701 0098 4384

Form ID No. 0200 — **Sender's Copy**

**1 From** *Please print and press hard.*

Date 4-18-2016 Sender's FedEx Account Number 485161325 (SENDER'S FEDEX ACCOUNT NUMBER ONLY)

Sender's Name Joshua M. Ambush Phone (410) 484-2070

Company Law Office of Joshua M. Ambush

Address 1726 Reisterstown Rd., Ste 206 Dept./Floor/Suite/Room

City Baltimore State MD ZIP 21208

**2 Your Internal Billing Reference** First 24 characters will appear on invoice. OPTIONAL

**3 To**

Recipient's Name U.S. DEPARTMENT OF STATE Phone ( )

Company CA/OCS/L SA-17 10TH FL

☐ HOLD Weekday — Print FedEx location address below. NOT available for FedEx First Overnight.

☐ HOLD Saturday — Print FedEx location address below. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Address — We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address — Print FedEx location address here if a HOLD option is selected.

City WASHINGTON State DC ZIP 20522

**Schedule a pickup at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** *To most locations. *Packages up to 150 lbs.*

- ☐ FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**4b Express Freight Service** **To most locations. *Packages over 150 lbs.*

- ☐ FedEx 1Day Freight — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
  CALL 1.800.332.0807 — FedEx 1Day Freight Booking No.
- ☐ FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

**5 Packaging** *Declared value limit $500.

☐ FedEx Envelope* ☐ FedEx Pak* (Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.) ☐ FedEx Box ☐ FedEx Tube ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.

- ☐ No Signature Required — Package may be left without obtaining a signature for delivery.
- ☐ Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- ☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?** One box must be checked.

☐ No ☐ Yes As per attached Shipper's Declaration. ☐ Yes Shipper's Declaration not required. ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

☐ Sender (Acct. No. in Section 1 will be billed.) ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check

FedEx Acct. No. / Credit Card No. Exp. Date

Total Packages ____ Total Weight ____ lbs. Total Declared Value† $ ____ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

554

Rev. Date 2/08•Part #158281•©1994–2008 FedEx•PRINTED IN U.S.A. SRY

RETAIN THIS COPY FOR YOUR RECORDS.