# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   10-1643 (RC) |
| | : | |
| v. | : | Re Document No.:   55 |
| | : | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### CERTIFYING FINAL JUDGMENT AS TO IRANIAN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)

As stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that the Court certifies, pursuant to Federal Rule of Civil Procedure 54(b), and in the absence of a just reason for delay, that the Court's April 2, 2015 Amended Judgment (ECF No. 29) is a final judgment against Defendants the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Iranian Islamic Revolutionary Guard Corps, and the Iranian Islamic Revolutionary Guard Corps-Qods Division.

**SO ORDERED**.

Dated: June 3, 2016                                                              RUDOLPH CONTRERAS
                                                                                           United States District Judge