**United States Department of State**

*Washington, D.C. 20520*

November 07, 2016

Angela D. Caesar
Clerk of Court
United States District Court
For the District of Columbia

**Re: Flanagan et al. v. Islamic Republic of Iran, et al,**
**1:10-cv-01643 (RC)**

Dear Ms. Caesar:

I am writing regarding the Court's request for service of a Default Judgment pursuant to 28 U.S.C. 1608(a)(4) upon the Islamic Republic of Iran in the above mentioned lawsuit, which is pending in the United States District Court for the District of Columbia.

Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note numbers 1073-IE, 1074-IE, 1075-IE and 1076-IE, dated and delivered on September 27, 2016. Certified copies of the diplomatic notes are enclosed.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 485-6224.

Sincerely,

Daniel Klimow
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

RECEIVED
Mail Room
NOV - 8 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
rn, Canton of Bern ) SS:
bassy of the United States of America )

ertify that the annexed document bears the genuine seal of
Swiss Federal Department of Foreign Affairs.

ertify under penalty of perjury under the laws of the United
tes that the foregoing is true and correct.

Timothy P. Buckley
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

RECEIVED
Mail Room
NOV - 8 2016
Angela ... Clerk of Court
U.S. District Court, District of Columbia

K.252.22-USA/IRAN 02 – 4

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 26044 dated September 19, 2016 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Saundra Flanagan et al. v. Islamic Republic of Iran, et al., 1:10-cv-01643 (RC)

- Note No. 1073-IE addressed to the Islamic Republic of Iran,
- Note No. 1074-IE addressed to the Iranian Ministry of Intelligence and Security
- Note No. 1075-IE addressed to the Iranian Islamic Revolutionary Guard Corps
- Note No. 1076-IE addressed to the Iranian Islamic Revolutionary Guard Corps – Qods Division

dated September 27, 2016 and proof of service, dated September 27, 2016, as well as the certification by the Swiss Federal Chancellery dated October 4, 2016.

The section has received the above mentioned documents on September 26, 2016. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on September 27, 2016. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, October 4, 2016

*Enclosure mentioned*

EIDGENÖSSISCHES DEPARTEMENT FÜR AUSWÄRTIGE ANGELEGENHEITEN

To the
Embassy of the
United States of America

Berne

# SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
nbassy of the United States of America )

Timothy P Buckley, a consular officer at the Embassy of the ited States at Bern, Switzerland, certify that this is a true py of Embassy note number 26044 dated September 19, 2016, ich was transmitted to the Swiss Ministry of Foreign Affairs September 21, 2016 for further transmission to the American terests Section of the Swiss Embassy in Tehran, Iran.

Timothy P. Buckley
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

Mail Room
NOV - 8 2016
Angela
U.S. District Court, District of Co

*Embassy of the United States of America*

September 19, 2016

CONS NO. 26044

Federal Department of Foreign Affairs
Foreign Interests Section
Taubenstrasse 16, Office 209
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) - Saundra Flanagan et al -v- Islamic Republic of Iran, et al. 1:10-cv-01643(RC)

REF: ----

The Department of State has requested the delivery of the enclosed Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Saundra Flanagan et al -v- Islamic Republic of Iran, et al. 1:10-cv-01643(RC).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There are four defendants to be served in this case: the Islamic Republic of Iran, Iranian Ministry of Intelligence and Security, Islamic Revolutionary Guard Corps and Iranian Islamic Revolutionary Guard Corps - QODS Division. The American Interests Section should transmit the Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of four diplomatic notes utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

EMBASSY OF THE UNITED STATES OF AMERICA BERN

Enclosed are four appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for the Islamic Republic of Iran, Iranian Ministry of Intelligence and Security, Islamic Revolutionary Guard Corps and Iranian Islamic Revolutionary Guard Corps - QODS Division.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
ern, Canton of Bern ) SS:
mbassy of the United States of America )

certify that the annexed document is executed by the genuine ignature and seal of the following named official who, in an fficial capacity, is empowered by the laws of Switzerland to xecute that document.

certify under penalty of perjury under the laws of the United ates that the foregoing is true and correct.

Maya FONTAINE
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

Mail Room
Angela
U.S. District Court

Confederaziun svizra
**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1075-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan et al. v. Islamic Republic of Iran et al., 1:10-cv-01643-RC, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Islamic Revolutionary Guard Corps is a defendant in this case. The Embassy transmits a Notice of Default Judgment. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State is available to discuss with counsel the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Notice of Default Judgment
2. Translations

EMBASSY OF SWITZERLAND IN IRAN

Tehran, September 27, 2016

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1075-IE dated September 27, 2016. The delivery of this note and its enclosures was attempted on September 27, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Martin Maier
Head of Foreign Interests Section

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

Tehran, September 27, 2016

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by** Martin Maier
3. **acting in the capacity of officer**
4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

**Certified**

5. **at Berne** 6. **the** 04 October 2016
7. **by** Maya Fontaine
   **functionary of the Swiss federal Chancellery**
8. **No** ......021217
9. **Seal/stamp:** 10. **Signature:**

   Swiss federal Chancellery

SWISS FEDERAL CHANCELLERY

سفارت سوئیس در ایران
قسمت حافظ منافع خارجی

شماره IE– ۱۰۷۵

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به اقدام مدنی تحت عنوان ساندرا فلاناگان و دیگران علیه جمهوری اسلامی ایران و دیگران تحت پرونده به شماره 1:10-cv-01643-RC در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. سپاه پاسداران انقلاب اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده آمریکا بدینوسیله یک فقره ابلاغ حکم غیابی را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به جمهوری اسلامی ایران تلقی می گردد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگوبا مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده دادخواهی نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ششم مهر ماه ۱۳۹۵ (۲۷ سپتامبر ۲۰۱۶)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- ابلاغ حکم غیابی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

RECEIVED
Mail Room
NOV - 8 2016
Angela ... U.S. District Court ...

SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland )
ern, Canton of Bern ) SS:
mbassy of the United States of America )

certify that the annexed document is executed by the genuine gnature and seal of the following named official who, in an ficial capacity, is empowered by the laws of Switzerland to ecute that document.

ertify under penalty of perjury under the laws of the United tes that the foregoing is true and correct.

Maya FONTAINE
(Typed name of Official who executed the annexed document)

Timothy P. Buckley
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

Embassy of Switzerland in Iran
Foreign Interests Section

No. 1074-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan et al. v. Islamic Republic of Iran et al., 1:10-cv-01643-RC, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Ministry of Intelligence and Security is a defendant in this case. The Embassy transmits a Notice of Default Judgment. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State is available to discuss with counsel the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Notice of Default Judgment
2. Translations




Tehran, September 27, 2016

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, ce herewith that this is a true copy of the diplomatic note number 1074-IE dated September 27, 2016. Th delivery of this note and its enclosures was attempted on September 27, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Martin Maier
Head of Foreign Interests Section

Tehran, September 27, 2016

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Martin Maier
3. **acting in the capacity of officer**
4. **bears the seal/stamp of**

Embassy of Switzerland US Interests Section Tehran

**Certified**

5. **at Berne** 6. **the** 04 October 2016
7. **by** Maya Fontaine
**functionary of the Swiss federal Chancellery**
8. **No** 021216
9. **Seal/stamp:** 10. **Signature:**

Swiss federal Chancellery

سفارت سوئیس در ایران
قسمت حافظ منافع خارجی

شماره IE– ۱۰۷۴

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به اقدام مدنی تحت عنوان ساندرا فلاناگان و دیگران علیه جمهوری اسلامی ایران و دیگران تحت پرونده به شماره 1:10-cv-01643-RC در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. وزارت اطلاعات و امنیت ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده آمریکا بدینوسیله یک فقره ابلاغ حکم غیابی را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به جمهوری اسلامی ایران تلقی می گردد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگوبا مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده دادخواهی نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ششم مهر ماه ۱۳۹۵ (۲۷ سپتامبر ۲۰۱۶)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- ابلاغ حکم غیابی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Maya FONTAINE
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

RECEIVED
Mail Room
NOV - 8 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1073-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan et al. v. Islamic Republic of Iran et al., 1:10-cv-01643-RC, which is pending in the U.S. Federal District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits a Notice of Default Judgment. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Such legal counsel can advise about raising legal objections, if any, either in the underlying proceeding or should there be a proceeding relating to enforcement of the Default Judgment. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State is available to discuss with counsel the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Notice of Default Judgment
2. Translations

Tehran, September 27, 2016

EMBASSY OF SWITZERLAND IN IRAN

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, herewith that this is a true copy of the diplomatic note number 1073-IE dated September 27, 2016. delivery of this note and its enclosures was attempted on September 27, 2016, but the Iranian Ministry Foreign Affairs refused its acceptance.

Martin Maier
Head of Foreign Interests Section

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION TEHRAN

Tehran, September 27, 2016

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

**This public document**

2. **has been signed by** Martin Maier
3. **acting in the capacity of officer**
4. **bears the seal/stamp of**

Embassy of Switzerland US Interests Section Tehran

**Certified**

5. **at Berne** 6. **the** 04 October 2016
7. **by** Maya Fontaine
**functionary of the Swiss federal Chancellery**
8. **No** 021215
9. **Seal/stamp:** 10. **Signature:**

Swiss federal Chancellery

SWISS FEDERAL CHANCELLERY

سفارت سوئیس در ایران
قسمت حافظ منافع خارجی

شماره IE– ۱۰۷۳

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به اقدام مدنی تحت عنوان ساندرا فلاناگان و دیگران علیه جمهوری اسلامی ایران و دیگران تحت پرونده به شماره 1:10-cv-01643-RC در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده آمریکا بدینوسیله یک فقره ابلاغ حکم غیابی را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به جمهوری اسلامی ایران تلقی می گردد.

لطفا" توجه داشته باشید که طبق قوانین ایالات متحده، ضبط و اجرای حکم دادگاه پیرو مقررات فصل ۲۸ بخش ۱۶۱۰ مجموعه قوانین ایالات متحده می تواند بعد از مدت زمانی منطقی از تاریخ حکم غیابی آغاز شود.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. چنین مشاور حقوقی میتواند در صورت اعتراض حقوقی در مورد اقدام اساسی یا اقدام مربوط بهاجرای قضاوت عدم حضور، توصیه هائی بنماید. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگوبا مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده دادخواهی نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ششم مهر ماه ۱۳۹۵ (۲۷ سپتامبر ۲۰۱۶)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- ابلاغ حکم غیابی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

certify that the annexed document is executed by the genuine ignature and seal of the following named official who, in an fficial capacity, is empowered by the laws of Switzerland to xecute that document.

certify under penalty of perjury under the laws of the United ates that the foregoing is true and correct.

Maya FONTAINE
(Typed name of Official who executed the annexed document)

Timothy P. Buckley
(Signature of Consular Officer)

Timothy P BUCKLEY
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 12, 2016
(Date)

RECEIVED
Mail Room
NOV - 8 2016
Angela [illegible]
U.S. District Court [illegible]

Confederaziun svizra



**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1076-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Saundra Flanagan et al. v. Islamic Republic of Iran et al., 1:10-cv-01643-RC, which is pending in the U.S. Federal District Court for the District of Columbia. The Iranian Islamic Revolutionary Guard Corps-Qods Division is a defendant in this case. The Embassy transmits a Notice of Default Judgment. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State is available to discuss with counsel the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Attachments:

1. Notice of Default Judgment
2. Translations

Tehran, September 27, 2016

EMBASSY OF SWITZERLAND IN IRAN

Ministry of Foreign Affairs
Islamic Republic of Iran
Tehran

I, Martin Maier, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the diplomatic note number 1076-IE dated September 27, 2016. The delivery of this note and its enclosures was attempted on September 27, 2016, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Martin Maier
Head of Foreign Interests Section

Tehran, September 27, 2016

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by** Martin Maier
3. **acting in the capacity of officer**
4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section Tehran

**Certified**

5. **at Berne**
6. **the** 04 October 2016
7. **by** Maya Fontaine
   **functionary of the Swiss federal Chancellery**
8. **No** 021218
9. **Seal/stamp:**

   Swiss federal Chancellery

10. **Signature:**

سفارت سوئیس در ایران
قسمت حافظ منافع خارجی

شماره IE– ۱۰۷۶

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران با اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران احتراما" توجه آن وزارت محترم را به اقدام مدنی تحت عنوان ساندرا فلاناگان و دیگران علیه جمهوری اسلامی ایران و دیگران تحت پرونده به شماره 1:10-cv-01643-RC در دادگاه منطقه ای ایالات متحده آمریکا برای ناحیه کلمبیا مفتوح میباشد جلب می نماید. سپاه پاسداران انقلاب اسلامی ایران-شاخه قدس طرف خوانده در این پرونده می باشد. سفارت بنا به درخواست دادگاه منطقه ای ایالات متحده آمریکا بدینوسیله یک فقره ابلاغ حکم غیابی را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به جمهوری اسلامی ایران تلقی می گردد.

بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا هر گونه دفاع مربوط به قلمرو قضائی و یا دفاع دیگری از جمله عنوان نمودن مصونیت مبنی بر حاکمیت بایستی خطاب به دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد و از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. در غیر این صورت سیر کار پرونده بدون آنکه فرصت ارائه شواهد و دفاعیه وجود داشته باشد، ادامه پیدا خواهد کرد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگوبا مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده دادخواهی نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی موقع را مغتنم شمرده مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران تجدید می نماید.

تهران، بتاریخ ششم مهر ماه ۱۳۹۵ (۲۷ سپتامبر ۲۰۱۶)

EMBASSY OF SWITZERLAND IN IRAN

پیوست: ۱- ابلاغ حکم غیابی
۲- ترجمه ها

وزارت امور خارجه
جمهوری اسلامی ایران
تهران