# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAUNDRA FLANAGAN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:10-1643(RC) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## JOINT STATUS REPORT

The Flanagan Plaintiffs and Defendant Sudan respectfully submit this Joint Status Report pursuant to this Court's Minute Order of December 15, 2017.

On March 2, 2018, pursuant to an extension granted by the Supreme Court, Sudan filed a Petition for a Writ of Certiorari in the Supreme Court in *Republic of Sudan v. Owens*, No. 17-1236. Briefs of Amicus Curiae in support of that petition are due April 5, 2018. Any response to the petition is due May 7, 2018, pursuant to an extension granted by the Supreme Court.

Also on March 2, 2018, pursuant to an extension granted by the Supreme Court, the plaintiffs filed a Petition for a Writ of Certiorari in the Supreme Court in *Opati v. Republic of Sudan*, No. 17-1268. Briefs of Amicus Curiae in support of that petition and any response to the petition are due April 9, 2018.

The parties will continue to keep this Court apprised of the status of these petitions for certiorari, in accordance with this Court's order of December 15, 2017.

March 30, 2018                           Respectfully submitted,

                                         **WHITE & CASE** LLP


                                         _____/s/ Claire A. DeLelle_____
                                         Christopher M. Curran (D.C. Bar No. 408561)
                                         Nicole Erb (D.C. Bar No. 466620)
                                         Claire A. DeLelle (D.C. Bar No. 974945)
                                         701 Thirteenth Street, N.W.
                                         Washington, D.C., 20005-3807
                                         (202) 626-3600
                                         ccurran@whitecase.com
                                         nerb@whitecase.com
                                         claire.delelle@whitecase.com

                                         *Attorneys for the Republic of the Sudan, the
                                         Ministry of the Interior of the Republic of the
                                         Sudan, the Ministry of Defense of the Republic of
                                         the Sudan, the Intelligence Department at the
                                         Ministry of Defense of the Republic of the Sudan,
                                         the National Intelligence & Securities Services, and
                                         the Popular Defense Forces at the Ministry of
                                         Defense of the Republic of the Sudan*


                                         _____/s/ Joshua M. Ambush_____
                                         Joshua M. Ambush (Bar No. MD 27025)
                                         Jennifer L. Kent (*pro hac vice*, Bar No. MD 28870)
                                         Joshua M. Ambush, LLC
                                         1726 Reisterstown Road, Suite 206
                                         Baltimore, MD 21208
                                         Phone: (410) 484-2070
                                         Fax: (410) 484-9330
                                         joshua@ambushlaw.com
                                         jkent@ambushlaw.com

                                         *Attorneys for Plaintiffs*